**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MAHSUM ALBAYRAK

          Petitioner,

          v.

TODD M. LYONS, et al.,

          Respondents.

Case No. 5:26-cv-02623-CV-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which respondents have objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Mahsum Albayrak (A# 241-665-560) from immigration custody; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner

presents a flight risk or danger to the community; and (5) respondents shall file a status report no later than 3 court days from the date of this Order regarding their compliance with this Order.

Dated:      6/26/26

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE