# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MAHSUM ALBAYRAK

        Petitioner,

    v.

TODD M. LYONS, et al.,

        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-02623-CV-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: _____6/26/26_____

_Cynthia Valenzuela_

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE